FILED IN
COURT OF CRIMINAL APPEALS

March 27, 2015

ABEL ACOSTA, CLERK

ap-77,031
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/27/2015 1:53:30 PM
Accepted 3/27/2015 2:03:30 PM
ABEL ACOSTA
CLERK

## NO. AP-77,031

### IN THE
### COURT OF CRIMINAL APPEALS
### OF TEXAS

### FRANKLIN DAVIS,
**Appellant**

**v.**

### THE STATE OF TEXAS,
**Appellee**

### STATE'S FIRST MOTION TO EXTEND THE TIME TO FILE BRIEF

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests that the time for filing its brief in this cause be extended. In support of this motion, the State would show the following:

### I.

Appellant is confined pursuant to the judgment and sentence of the Criminal District Court Number 7 of Dallas County, convicting him of the capital murder of Shania Gray. On November 16, 2013, the jury answered the special issues so as to support the imposition of a death sentence, and the trial court sentenced him to death. Appeal to this Court is automatic. After requesting two extensions,

1

Appellant filed his brief on February 27, 2015. The deadline for filing the State's brief is March 30, 2015. The State has requested no previous extensions in this case.

## II.

The State respectfully requests that the Court extend the deadline for the filing of the State's brief for **120 days**, until **July 28, 2015**.

## III.

The State would show the Court that a reasonable explanation exists for the requested 120-day extension. The undersigned counsel manages a capital and non-capital docket. Counsel is responsible for researching and drafting the State's brief in assigned non-capital direct appeals; and for investigating, researching and drafting the State's response and proposed findings of fact in non-capital writs of habeas corpus filed in three assigned courts. Counsel is also responsible for preparing for and presenting evidence at evidentiary hearings held in any of the non-capital writs of habeas corpus in the three assigned courts as well as in assigned capital writs of habeas corpus.

Since the filing of appellant's brief, counsel has drafted and filed the State's brief in *Curtis Hall v. State* (05-14-00530-CR), a direct appeal pending in the Fifth District Court of Appeals. Counsel has also drafted and filed the State's response in ten non-capital applications for writ of habeas corpus. Counsel has also been

researching and preparing for an upcoming evidentiary hearing in *Ex parte Gerardo Reyna* (WR-82,629-01), a non-capital writ of habeas corpus, scheduled for April 24, 2015. Counsel is also preparing for an upcoming evidentiary hearing in *Ex parte Roderick Harris* (WR-80,923-01), a capital writ of habeas corpus, set for May 18 to May 22, 2015. Counsel must also prepare and file the State's brief in *Albert Ayala, Jr. v. State* (05-14-00530-CR), and *Allen Little v. State* (05-14-00697-CR), two direct appeals pending in the Fifth District Court of Appeals. Counsel must also continue to prepare and file the State's response to all non-capital applications for writs of habeas corpus in three assigned courts.

**IV.**

Appellant has filed a **148-page** brief presenting **48 issues** for review. The reporter's record consists of 78 volumes, and appellant's issues cover all phases of the trial, from pre-trial through the punishment phase. The reporter's record consists of 78 volumes.

**V.**

For all of the foregoing reasons, counsel respectfully that the Court extend the deadline for filing the State's brief until **July 28, 2015 (120 days)**.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the Court extend the deadline for filing the State's brief until **July 28, 2015 (120 days)**.

3

Respectfully submitted,

/s/ Rebecca D. Ott

| | |
|---|---|
| **Susan Hawk** | **Rebecca D. Ott** |
| **Criminal District Attorney** | **Assistant District Attorney** |
| Dallas County, Texas | State Bar No. 24074842 |
| | Frank Crowley Courts Building |
| | 133 N. Riverfront Blvd., LB-19 |
| | Dallas, Texas 75207-4399 |
| | (214) 653-3625 *(phone)* |
| | (214) 653-3643 *(fax)* |
| | Rebecca.Ott@dallascounty.org |

## CERTIFICATE OF SERVICE

I certify that a true copy of this motion was served on appellant's counsel, John Tatum, 990 S. Sherman Street, Richardson, Texas, 75081, jtatumlaw@gmail.com, via eFile on March 27, 2015 and by U.S. mail on March 30, 2015.

/s/ Rebecca D. Ott

Rebecca D. Ott

4